Circuit Court for Queen Anne's County
Case No. 17-C-13-018637
Argued 3/8/16

IN THE COURT OF APPEALS OF MARYLAND


No. 66


September Term, 2015

———————————————————


MICHAEL A. DINAPOLI, et al.


v.


BOARD OF APPEALS OF QUEEN ANNE'S
COUNTY, et al.

———————————————————


Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Harrell, Glenn T., Jr.
        (Retired, Specially
                Assigned),
Raker, Irma S.
        (Retired, Specially
                Assigned),

JJ.

———————————————————


PER CURIAM ORDER

———————————————————


Filed: March 9, 2016

MICHAEL A. DINAPOLI, et al.   *    IN THE

                                *    COURT OF APPEALS

        v.                *    OF MARYLAND

                                *    No. 66

BOARD OF APPEALS OF QUEEN    *    September Term, 2015
ANNE'S COUNTY, et al.

**PER CURIAM ORDER**

      The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of March, 2016,

      ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

                         /s/ Mary Ellen Barbera
                              Chief Judge